| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Nichole L. Glowin, Esq. SBN 262932 |
|   | 4665 MacArthur Court, Suite 200 |
| 3 | Newport Beach, CA  92660 |
|   | Tel: (949) 477-5050; Fax: (949) 608-9142 |
| 4 | nglowin@wrightlegal.net |
| 5 | |
|   | Attorneys for Movant, |
| 6 | BOSCO CREDIT LLC, its successors and/or assigns |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA- OAKLAND DIVISION

| In re: | ) Case No.:  16-41297 |
|---|---|
|  | ) Chapter: 13 |
| GABRIEL ORION GUTIERREZ aka | ) |
| GABE GUTIERREZ, | ) R.S. No. NLG-1 |
|  | ) |
| Debtor. | ) |
|  | ) **NOTICE OF MOTION FOR RELIEF FROM** |
|  | ) **AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
|  | ) **(REAL PROPERTY)** |
|  | ) |
|  | ) Date:      08/22/2018 |
|  | ) Time:      9:30 am |
|  | ) Ctrm:      220 |
|  | ) Location:  1300 Clay Street |
|  | )                 Oakland, CA 94612 |
|  | ) |
|  | ) |

**TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE CHAPTER 13 TRUSTEE, THEIR COUNSEL OF RECORD, IF ANY, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** a hearing on Movant's BOSCO CREDIT LLC, its successors and/or assigns ("Movant") Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 ("Motion") will be heard on August 22, 2018, at 9:30 a.m., in Courtroom 220 of the

above captioned Court located at 1300 Clay Street, Oakland, CA 94612 before the Honorable William J. Lafferty.

This Motion is being made pursuant to Local Bankruptcy Rule 4001-1, 11 United States Code § 362(d) and Federal Rules of Bankruptcy Procedure Rule 4001 and is based on this Notice of Motion and the grounds for relief from stay under 11 U.S.C. § 362(d) set forth in the accompanying Motion for Relief from the Automatic Stay, Memorandum of Points and Authorities in Support of the Motion for Relief from the Automatic Stay and the Declaration in Support of the Motion for Relief from the Automatic Stay filed concurrently herewith, the complete files and records in this action, the oral argument of counsel, if any, and such other and further evidence as the Court might deem proper.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Bankruptcy Rule 4001-1(c), Movant has filed and served its Motion with at least fourteen (14) days prior to the hearing date. Any party seeking to oppose the Motion must appear personally or by counsel at the above-noticed preliminary hearing and indicate the basis of the opposition. Respondents opposing the Motion are not required, but may, file responsive pleadings, points and authorities or declarations for any preliminary hearing. Failure to appear at the preliminary hearing, either personally or by counsel, may deemed by the Court to be consent to the granting of the relief requested in the Motion.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: July 17, 2018       By:    */s/ Nichole L. Glowin*
                                         Nichole L. Glowin, Esq.
                                         Attorneys for Movant, BOSCO CREDIT LLC, its successors and/or assigns