UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Gabriel Orion Gutierrez

Debtor(s)

Bankruptcy No.: 16-41297
R.S. No.: MRG-1
Hearing Date: 10/15/2018
Time: 1:30 p.m.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 05/11/2016  Chapter: 13
    Prior hearings on this obligation: N/A  Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): N/A

    Secured Creditor [ ] or lessor [ ]
    Fair market value: $_____  Source of value: _____
    Contract Balance: $_____  Pre-Petition Default: $_____
    Monthly Payment: $_____  No. of months: _____
    Insurance Advance: $_____  Post-Petition Default: $_____
    No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Single Family Residence, Contra Costa County

    Fair market value: $400,000.00  Source of value: Debtor's Schedules  If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

    Approx. Bal. $274,342.04  Pre-Petition Default: $18,342.48
    As of (date): 10/01/2018  No. of months: 33
    Mo. payment: $1,702.20  Post-Petition Default: $45,562.58
    Notice of Default (date): _____  No. of months: 26
    Notice of Trustee's Sale: _____  Advances Senior Liens: $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

    | Position | | Amount | Mo. Payment | Defaults |
    |---|---|---|---|---|
    | 1st Trust Deed: | Movant | $274,342.04 | $1,702.20 | $45,562.58 |
    | 2nd Trust Deed: | | $ | $ | $ |
    | | | : | | |
    | | | : | | |
    | | | : | | |
    | | (Total) | $274,342.04 | $1,702.20 | $45,562.58 |

(D) Other pertinent information: Movant has not been contacted by the Debtors regarding a loan modification.

/S/ Kristin Zilberstein, Esq.
Signature
Kristin Zilberstein, Esq.
Print or Type Name

Attorney for U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust

CANB Documents Northern District of California