Kristin Zilberstein, Esq., (SBN 200041)
Jennifer R. Bergh, Esq., (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorneys for Movant,
U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 16-41297 |
| Gabriel Orion Gutierrez, | CHAPTER 13 |
| Debtor. | REF.: MRG-1 |
| | **DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | DATE: November 15, 2018 |
| | TIME: 1:30 p.m. |
| | CTRM: 220 |
| | PLACE: 1300 Clay Street, 2nd Floor |
| | Oakland, CA 94612 |
| | Honorable William J. Lafferty |

///

1
DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY

Case: 16-41297    Doc# 69-2    Filed: 10/23/18    Entered: 10/23/18 15:57:10    Page 1 of 4

I, Raymond Valderrama, declare:

1. I am employed by BSI Financial Services, servicing agent for U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust ("**Movant**")

2. I make this declaration based upon the facts testified herein, all of which are in my personal knowledge, unless stated upon information and belief. As to the statements made upon information and belief, I believe them to be true. If called as a witness, I could and would competently testify thereto.

3. I am personally familiar with the books, records and files of Movant that pertain to loans and extensions of credit given to Debtor Gabriel Orion Gutierrez (hereinafter referred to as the "**Debtor**") and Grace C. Floyd (the "**Borrower**") concerning the property commonly known as 2189 CALGARY LN, CONCORD, CA 94520 (the "**Property**"). I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

4. Debtor and Borrower executed and delivered to World Savings Bank, FSB, that certain fixed rate mortgage note pick a payment Loan dated November 21, 2007, in the original principal amount of $360,500.00 (the "**Note**"). A true and correct copy of the Note is attached as Exhibit "1" and incorporated herein by reference.

5. Movant is the current owner of the Note and is in possession of the original Note.

6. Concurrently therewith, and as security for the Note, Debtor and Borrower executed and delivered to World Savings Bank, FSB, a Deed of Trust which was recorded in the Official Records of Contra Costa County California as Document No.: 2005-0313659-00 on Augsut 19, 2005 (the "**Deed of Trust**"), and which encumbers the Property. A true and

2
DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY

correct copy of the Deed of Trust is attached as **Exhibit "2"** and incorporated herein by reference.

7. Thereafter, all interests in the Deed of Trust were assigned to Movant by Assignment of Deed of Trust. A true and correct copy of each Assignment is attached hereto as **Exhibit "3"** and is incorporated herein by reference.

8. Pursuant to the Deed of Trust, Movant is entitled to recover attorneys' fees and costs in connection with the matter herein.

9. Pursuant to the Deed of Trust, Movant is entitled to take the necessary steps to protect its security interest in the Property, including advancing taxes, insurance, foreclosure fees and costs and attorney's fees and costs and to assess the costs plus interest, to the balance due under the loan.

10. Movant's loan is post-petition due for the February 1, 2017 payment and all subsequent payments as follows:

| | | |
|---|---|---|
| 09/01/2016-04/01/2017 | 8 Payments @ $1,712.90 | = $13,703.20 |
| 05/01/2017-01/01/2018 | 9 Payments @ $1,717.62 | = $15,458.58 |
| 02/01/2018-10/01/2018 | 9 Payments @ $1,702.20 | = $15,319.80 |
| 10/01/2018 | MFR Attorney Fees | = $1,081.00 |
| Total Post-Petition Default: | | = $45,562.58 |

11. Pursuant to Local Bankruptcy Rule 4001-1 (g)(1), a true and correct copy of an Account Statement outlining unpaid post-petition obligations is attached hereto as **Exhibit "4"** and incorporated herein by reference.

12. The current unpaid principal balance is no less than approximately $239,000.66.

13. The total owed to Movant is no less than approximately $274,342.04.

14. The Debtor's confirmed Chapter 13 Plan indicates the Debtor will make monthly mortgage payments directly to Movant. However, the Debtor is not current with his monthly mortgage payments to Movant and thus have failed to comply with the terms of their Chapter 13 Plan.

3

DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY

15. Movant have not been contacted by the Debtor regarding a loan modification.

16. Movant seeks relief from stay herein to proceed with its non-bankruptcy remedies including, but not limited to, continuing its efforts to foreclose upon the Property, obtaining possession of and selling the Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed this 18th day of OCTOBER, 2018 at IRVINE, CALIFORNIA.



4

DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY