Kristin Zilbertstein, Esq. (SBN 200041)
Jennifer R. Bergh, Esq., (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: Kzilberstein@ghidottilaw.com

Attorneys for Movant,
U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>Gabriel Orion Gutierrez,<br><br>　　Debtor. | CASE NO.: 16-41297<br><br>DCN: MRG-1<br><br>CHAPTER 13<br><br>**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF**<br><br>DATE: November 15, 2018<br>TIME: 1:30 p.m.<br>CTRM: Courtroom 220<br>Location: US Bankruptcy Court<br>　　　　　1300 Clay Street<br>　　　　　Oakland, CA 94612<br><br>Honorable William J. Lafferty |

COMES NOW, Movant U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust ("**Movant**") and submits the following in support of its Motion for Relief From Stay.

/ / /

/ / /

# I.
# INTRODUCTION

U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust submits this Motion for Relief From Stay ("**Motion**") pursuant to *11 U.S.C. Section 362(d)(1)* for authority to exercise any and all of its rights and remedies under its loan documents and applicable law in connection with real property commonly known as 2189 CALGARY LN, CONCORD, CA 94520 (the "**Property**").

On May 11, 2016, Gabriel Orion Gutierrez (the "**Debtor**") filed a petition under Chapter 13 of the United States Bankruptcy Code ("**Instant Petition**"). As is shown below, Movant is not adequately protected due to the contractual default under its loan. Movant's loan is due for the September 1, 2016 payment and all subsequent payments.

# II.
# STATEMENT OF FACTS

Debtor and Borrower, Grace C. Floyd, executed and delivered to World Savings Bank, FSB, that certain fixed rate mortgage note pick a payment Loan dated November 21, 2007, in the original principal amount of $360,500.00 (the "**Note**"). Concurrently therewith, and as security for the Note, Debtor and Borrower executed and delivered to World Savings Bank, FSB, a Deed of Trust which was recorded in the Offiicial Records of Contra Costa County California as Document No.: 2005-03136959-00 on August 19, 2005, and which encumbers the Property. Therafter all beneficial interst in the Deed of Trust were assigned by Assignment of Deed of Trust.

Movant is the current owner of the Note and is in possession of the original Note. All beneficial interest in the Note and Deed of Trust is currently held by Movant. Pursuant to the Deed of Trust, Movant is entitled to recover attorneys' fees and costs in connection with the matter herein. Pursuant to the Deed of Trust, Movant is entitled to take the necessary steps to protect its security interest in the Property, including advancing taxes, insurance, foreclosure fees and costs and attorney's fees and costs and to assess the costs plus interest, to the balance

due under the loan. Movant's loan is post-petition due for the September 1, 2016 payment and all subsequent payments as follows:

| | | |
|---|---|---|
| 09/01/2016-04/01/2017 | 8 Payments @ $1,712.90 | = $13,703.20 |
| 05/01/2017-01/01/2018 | 9 Payments @ $1,717.62 | = $15,458.58 |
| 02/01/2018-10/01/2018 | 9 Payments @ $1,702.20 | = $15,319.80 |
| 10/01/2018 | MFR Attorney Fees | = $1,081.00 |
| **Total Post-Petition Default** | | **= $45,562.58** |

The current unpaid principal balance is no less than approximately $239,000.66. The total owed to Movant is no less than approximately $274,342.04. The Debtor is not in the process of a loan modification. Debtor indicates he intends to retain the property and remain current on the mortgage payment, however Debtor has substantialy defaulted by failing to tender numerous post-petition monthly mortgage payments.

Based on the foregoing, Movant seeks relief from stay under 11 U.S.C. 362(d)(1) and 11 U.S.C. 362(d)(2) herein to proceed with its non-bankruptcy remedies including, but not limited to, foreclosure upon, obtaining possession of and selling the Property.

### III.
### DISCUSSION

**A. Cause Exists to Grant Relief Pursuant to Section 362(d)(1); Lack of Adequate Protection**

Movant submits that cause exists to grant relief under *Section 362(d)(1)*. Bankruptcy Code *Section 362(d)(1)* provides that a party may seek relief from stay based upon "cause," including lack of adequate protection. Adequate protection can be offered in the form of cash or periodic payments or the existence of a sufficient equity cushion.

Movant submits that adequate protection in this case requires normal and periodic cash payments to Movant, as called for by the Note. **Debtor is in default for failing to tender twenty-six (26) monthly mortgage payments**. A continuing failure to maintain required regular payments has been held, in and of itself, to constitute sufficient cause for granting a

motion to modify the stay. (*In re Trident Corp.*, 19 BR 956,958 (Bankr. E.D. Pa. 1982), aff'd 22 BR 491 (Bankr. E.D. Pa. 1982 (citing *In re Hinkle*, 14 BR 202, 204 (Bankr. E.D. Pa. 1981); see also *In re Jones*, 189 BR 13, 15 (Bank. E.D. Okla 1995) (citing *Hinkle*, 14 BR at 204)). The failure to tender any mortgage payments is sufficient cause to terminate the automatic stay. As a result, Movant is not adequately protected. In re Mellor, 734 F.2d 1396, 1400 (9th Cir. 1984). Based on the foregoing, cause exists to grant Movant's request to terminate the automatic stay.

## IV.

## CONCLUSION

Based on the foregoing, Movant requests that the Court grant the Motion authorizing Movant to exercise its rights and remedies under applicable law and the loan documents with respect to the Property and all related assets as identified in the Deed of Trust; that Movant be awarded its attorney's fees and costs and that the Court waive the 14 day stay pursuant to Bankruptcy Rule 4001(a) (3); and for such other and further relief as the Court deems just and proper.

Dated: 10/23/2018                LAW OFFICES OF MICHELLE GHIDOTTI

/s/ Krsitin Zilberstein
Krsitin Zilberstein, Esq.
Attorney for Movant, U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust