Kristin Zilberstein, ESq. (SBN 200041)
Jennifer R. Bergh, Esq. (305219)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 97205
Tel: (949) 427-2025
Fax: (949) 427-2732
KZilberstein@ghidottiberger.com

Attorneys for Movant,
U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 16-41297 |
| Gabriel Orion Gutierrez, | CHAPTER 13 |
| Debtor. | REF.: MRG-1 |
| | STATUS REPORT RE MOTION FOR RELIEF FROM STAY |
| | DATE: 01/09/2019<br>TIME: 9:30AM<br>CTRM: 220<br>PLACE: 1300 Clay Street, 2nd Floor<br>Oakland, CA 94612 |
| | Honorable William J. Lafferty |

Secured Creditor U U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust ("**Movant**"), by and through its attorney of record, GHIDOTTI | BERGER, by Kristin Zilberstein, Esq., files the below status report in connection to Movant's Motion for Relief.

1. Debtor and Movant previously discussed an Adequate Protection Order in which Debtor would cure the arrears over 12 months.

1
MFR STATUS REPORT

2. Debtor is no longer is seeking an Adequate Protection Agreement.

3. Debtor does not oppose the Motion and is no longer seeking an Adequate Protection Agreement.

4. Debtor communicated to Counsel on January 8, 2019 that Debtor no longer opposes the Motion and no longer seeks to enter into an Adequate Protection Order. As such, Movant requests that the Motion for Relief be granted.

Dated: January 8, 2019               GHIDOTTI | BERGER

                                     /S/KRISTIN ZILBERSTEIN
_____
                                     Kristin Zilberstein, Esq.,
                                     Attorney for U.S. Bank Trust N.A., as Trustee of
                                     the Igloo Series III Trust,

Kristin Zilberstein, Esq. (SBN: 200041)
Adam Thursby, Esq. (SBN: 318465)
Jennifer Bergh, Esq. (SBN: 305219)
Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
GHIDOTTI BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com

Attorney for Creditor
U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>Gabriel Orion Gutierrez,<br>      Debtors. | CASE NO.: 16-41297<br><br>CHAPTER 13<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

1

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On January 8, 2019 I served the following documents described as:

- **STATUS REPORT RE MOTION FOR RELIEF FROM STAY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Matthew Hamlin<br>835 E 132nd Ave<br>Thornton, CO 80241<br><br>**Debtor's Counsel**<br>Jesse Sweeney<br>25140 Lahser Rd.<br>Ste. 252B<br>Southfield, MI 48033-2753 | **Trustee**<br>Adam M Goodman<br>Chapter 13 Trustee<br>P.O. Box 1169<br>Denver, CO 80201<br><br>**U.S. Trustee**<br>US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on January 8, 2019 at Santa Ana, California

/*s / Krystle Miller*/
Krystle Miller

2

Case: 16-41297   Doc# 73   Filed 01/08/19   Entered 01/08/19 17:26:57   Page 4 of 4
CERTIFICATE OF SERVICE